# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2018

154384

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

        SC: 154384
        COA: 333652
        Shiawassee CC: 15-007177-FH

NOEL MARCIAL HADLEY,
      Defendant-Appellant.
_____/

By order of May 23, 2018, the prosecuting attorney was directed to answer the application for leave to appeal the August 8, 2016 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, it appearing to this Court that the cases of *People v Betts* (Docket No. 148981) and *People v Snyder* (Docket No. 153696) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018



Clerk

a0905